UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL RAY ROBINSON,

        Petitioner,        Case No. 1:09-cv-231

v.        Honorable Paul L. Maloney

STATE OF MICHIGAN et al.,

        Respondents.
_____/

## JUDGMENT

In accordance with the Opinion entered this day:

**IT IS ORDERED** that Petitioner's application for habeas corpus relief be **DISMISSED** without prejudice pursuant to Rule 4 of the Rules Governing § 2254 Cases because it is premature.

**IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED**.

Dated:   April 17, 2009        /s/ Paul L. Maloney
                                                   Paul L. Maloney
                                                   Chief United States District Judge